IN THE CIRCUIT COURT, IN AND FOR
SEMINOLE COUNTY, FLORIDA

CASE NO. 2015-CA-000945

**GEORGE CREWS**

    **Plaintiff,**

vs.

**FEDERAL INSURANCE COMPANY,**

    **Defendant.**

_____/

## COMPLAINT

COMES NOW the Plaintiff, **GEORGE CREWS**, by and through the undersigned attorney and sues the Defendant, **FEDERAL INSURANCE COMPANY**, a corporation authorized and doing business in the state of Florida, and alleges as follows:

1. This is an action for damages which exceed Fifteen Thousand and 00/100 ($15,000.00) Dollars, exclusive of attorneys, costs and interest.

2. Plaintiff's dwelling, located at 3008 Timpana Road, Longwood, Florida sustained water damage. Defendant has assigned a date of loss of July 28, 2014 for the loss.

3. A policy of homeowners insurance, including the coverages to protect Plaintiff against the above losses, was issued by Defendant and was in full force and effect as to Plaintiff when Plaintiff's dwelling was damaged. A copy of the policy is in the exclusive control of Defendant.

4. Plaintiff has complied with all conditions precedent to entitle Plaintiff to recover under the policy.

5. Defendant has refused to pay for Plaintiff's damages.

6. Defendant's refusal to pay to replace and/or repair Plaintiff's dwelling is a breach of contract.

7. Defendant has failed to pay the statutory interest penalties and the statutory attorneys fees required by law.

8. Because of Defendant's refusal to pay Plaintiff's losses, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

WHEREFORE, Plaintiff demands judgment against Defendant for all covered losses with interest on any overdue payments, attorney's fees and costs pursuant to F.S. Sections 627.428, 57.041, and 92.231, and demands trial by jury.

Dated this 21st day of April, 2015.

_____
Mark A. Nation, Esquire
Board Certified Civil Trial Attorney
The Nation Law Firm
Florida Bar No.: 968560
570 Crown Oak Centre Drive
Longwood, FL 32750
Phone: (407)339-1104
Fax: (407)339-1118
Email: lryan@nationlaw.com (Primary)
mnation@nationlaw.com;
ppritchard@nationlaw.com
Attorney for Plaintiff